DAVID B. BARLOW, United States Attorney (13117)
TRINA A. HIGGINS, Assistant United States Attorney (#7349)
Attorneys for the United States of America
185 South State Street, Ste. 300, Salt Lake City, Utah 84111
Telephone:  (801) 524-5682
trina.higgins@usdoj.gov

FILED
U.S. DISTRICT COURT

2014 MAR 26 ⊃ 6: 03

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | : INDICTMENT |
| Plaintiff, | : VIOLATIONS: 18 U.S.C. § 1201, Kidnapping (Counts 1 and 3); |
| vs. | : 18 U.S.C. § 2421, Transportation for Illegal Sexual Activity (Counts 2 and 4); |
| TIMOTHY JAY VAFEADES, | : 18 U.S.C. § 2252A(a)(1), Transportation of Child Pornography (Count 5); and 18 U.S.C. § 2252A(a)(5)(B), Possession of |
| Defendant. | : Child Pornography (Count 6). |

Case: 2:14cr00153
Assigned To : Shelby, Robert J.
Assign. Date : 3/26/2014
Description: USA v.

The Grand Jury charges:

## COUNT 1
18 U.S.C. § 1201
(Kidnapping)

Beginning on or about May 26, 2013, and continuing until November 26, 2013, in

the Central Division of the District of Utah, and elsewhere,

TIMOTHY JAY VAFEADES,

defendant herein, did knowingly and willfully seize, confine, inveigle, decoy, kidnap, and

abduct, and held for ransom, reward or otherwise, Victim A, and did willfully transport her in interstate commerce; all in violation of 18 U.S.C. § 1201(a)(1).

## COUNT 2
18 U.S.C. § 2421
(Transportation for Illegal Sexual Activity)

Beginning on or about May 26, 2013, and continuing until November 26, 2013, in the Central Division of the District of Utah, and elsewhere,

TIMOTHY JAY VAFEADES,

defendant herein, did knowingly transport Victim A in interstate commerce with intent to engage in any sexual activity for which a person can be charged with a criminal offense, or attempted to do so; all in violation of 18 U.S.C. § 2421.

## COUNT 3
18 U.S.C. § 1201
(Kidnapping)

Beginning on or about April 2012, and continuing until July 12, 2012, in the Central Division of the District of Utah, and elsewhere,

TIMOTHY JAY VAFEADES,

defendant herein, did knowingly and willfully seize, confine, inveigle, decoy, kidnap, and abduct, and held for ransom, reward or otherwise, Victim B, and did willfully transport her in interstate commerce; all in violation of 18 U.S.C. § 1201(a)(1).

2

## COUNT 4
18 U.S.C. § 2421
(Transportation for Illegal Sexual Activity)

Beginning on or about April 2012, and continuing until July 12, 2012, in the

Central Division of the District of Utah, and elsewhere,

TIMOTHY JAY VAFEADES,

defendant herein, did knowingly transport Victim B in interstate commerce with intent to

engage in any sexual activity for which any person can be charged with a criminal

offense, or attempted to do so; all in violation of 18 U.S.C. § 2421.

## COUNT 5
18 U.S.C. § 2252A(a)(1)
(Transportation of Child Pornography)

On or about dates unknown to the Grand Jury between April 2012 and November

26, 2013, in the Central Division of the District of Utah, and elsewhere,

TIMOTHY JAY VAFEADES,

defendant herein, did knowingly transport child pornography, as defined in 18 U.S.C. §

2256(8), using any means and facility of interstate and foreign commerce, and in and

affecting interstate commerce by any means; all in violation of 18 U.S.C. § 2252A(a)(1).

## COUNT 6
18 U.S.C. § 2252A(a)(5)(B)
(Possession of Child Pornography)

Beginning on a date unknown to the Grand Jury and continuing until November 26,

2013, in the Central Division of the District of Utah, and elsewhere,

3

TIMOTHY JAY VAFEADES,

defendant herein, did knowingly possess any material which contains an image of child

pornography, as defined in 18 U.S.C. § 2256(8), that had been mailed, shipped, and

transported in interstate and foreign commerce by any means, including by computer, and

which images were produced using materials that had been mailed, shipped and transported

in and affecting interstate and foreign commerce, including by computer, and attempted to do

so; all in violation of 18 U.S.C. § 2252A(a)(5)(B).

A TRUE BILL:

/S/

_____
FOREPERSON OF THE GRAND JURY

DAVID B. BARLOW
United States Attorney

TRINA A. HIGGINS
Assistant United States Attorney

4